IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HUMBERTO LAGAR,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

13-cv-251-wmc

v.

LIZZIE A. TEGELS, MYRON OLSON,
S. BARTON and DAI - R.P.A.C. at JCI,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed and dismissing his claims against DAI - R.P.A.C. at JCI;

(2) denying plaintiff's motion for preliminary injunction; and

(3) granting Lizzie A. Tegels, Myron Olson and S. Barton's motion for summary judgment and dismissing this case.

| /s/ | 3/20/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |